UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIAN J. REGAN | * | CIVIL ACTION NO. 14-2251 |
| | * | |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| SCHLUMBERGER TECHNOLOGY CORPORATION | * | MAG. JUDGE C. MICHAEL HILL |
| | * | |
| | * | |

******************************************************************************

**JUDGMENT**

**THIS MATTER** came on for trial before the undersigned Magistrate Judge, by stipulation of the parties, without a jury, due to the plaintiff's designation of the case under Rule 9(h) of the Federal Rules of Civil Procedure, on August 11 and 12, 2015..

**PRESENT WERE:**

Jacque B. Pucheu, Jr. and Michael W. Robinson
Pucheu, Pucheu & Robinson
Attorneys for the Plaintiff, Christian J. Regan

Richard A. Chopin
Chopin Wagar Richard & Kutcher, LLP
Attorney for Defendant, M-I L.L.C.

**FOR THE REASONS** dictated into the record on August 13, 2015, the Court hereby grants the motion of M-I L.L.C. under Rule 52 of the Federal Rules of Civil Procedure and finds that the plaintiff failed to carry his burden of proof that he qualified as a seaman under the Jones

Act. Further, the plaintiff failed to carry his burden of proof that M-I L.L.C. was negligent. Accordingly, the claims of the plaintiff are hereby dismissed with prejudice, at plaintiff's cost.

Lafayette, Louisiana this 19 day of August, 2015.

C. Michael Hill

U. S. MAGISTRATE JUDGE

Approved as to form:

**PUCHEU, PUCHEU & ROBINSON**

By: ______________________________

**JACQUE B. PUCHEU, JR.** (#10803)
**MICHAEL W. ROBINSON** (#11355)
Post Office Box 1109
Eunice, Louisiana 70535-1109
Telephone: (337) 457-9075
Facsimile: (337) 457-4858
Attorneys for Plaintiff, Christian J. Regan

**CHOPIN WAGAR RICHARD & KUTCHER, LLP**

By: ______________________________

**RICHARD A. CHOPIN, T.A.** (#4088)
**MICHAEL L. COHEN** (#21533)
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
Attorneys for Defendant, M-I L.L.C.